UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>           v.<br><br>EMANUEL L. HOLMAN,<br><br>                    Defendant. | CASE NO.CR05-5249RBL<br><br>ORDER GRANTING<br>CONTINUANCE OF<br>TRIAL DATE |

An Agreed Order to Continue the Trial has been filed by the parties.

The Court has reviewed the pleadings and for the reasons stated, the parties Joint Motion to Continue the Trial Date is **GRANTED**

In view of the foregoing, the court finds and rules as follows:

1. Failure to grant a continuance in this matter would deny the defense the reasonable time necessary for effective preparation taking into account the exercise of due diligence. Title 18 U.S.C. §3161(h)(8)(B)(iv).

2. The ends of justice served by granting the requested continuance outweigh the interest of the public and the defendant in a speedy trial. Title 18 U.S.C. §3161(h)(8)(A). The period of delay resulting from this continuance from **FEBRUARY 21, 2006 to MAY 8, 2006** is excluded for speedy trial computation purposes under 18 U.S.C. § 3161(h)(8)(A) and (B) as this is a reasonable period of delay.

ORDER -1

ACCORDINGLY:

The Jury Trial is **CONTINUED** to **MAY 8, 2006 at 9:00 a.m.**

The Pretrial Conference is rescheduled for **APRIL 26, 2006 at 9:00 a.m.**

The Motions Cutoff date is extended to **MARCH 20, 2006.**

IT IS SO ORDERED this $^{12\text{TH}}$ day of February, 2006.

　　　　　　　　　　　　　　　　/s/ Ronald B. Leighton
　　　　　　　　　　　　　　　　RONALD B. LEIGHTON
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER -2