Judge Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR05-5249RBL |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER CONTINUING TRIAL |
| EMANUEL L. HOLMAN, ) | |
| ) | |
| Defendant. ) | |

The Court has considered the Stipulation executed by the parties pursuant to 18 U.S.C. § 3161(h)(8)(A) concerning a continuance of the trial in this case:

The Court finds that continuing the trial in this case is necessary in order to allow the parties adequate time to investigate and effectively to prepare for trial.

The Court further finds, pursuant to 18 U.S.C. § 3161(h)(8)(A), that the ends of justice served by continuing the trial in this case outweigh the interest of the public and of the defendant in a more speedy trial.

IT IS THEREFORE ORDERED that the trial in this case shall be continued until September 5, 2006, and that the period of time from May 8, 2006, up to and including September 5, 2006, shall be excludable time under 18 U.S.C. § 3161(h)(8)(A); and

//
//

ORDER CONTINUING TRIAL
U.S. v. HOLMAN/CR05-5249RBL - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  ACCORDINGLY:

2  The Jury Trial is **CONTINUED** to **SEPTEMBER 5, 2006 at 9:00 a.m.**

3  No Pretrial Conference will be conducted.

4  The Motions Cutoff date is extended to **JULY 17, 2006.**

5  
6  IT IS SO ORDERED this 25th day of April, 2006.

   _____
7  RONALD B. LEIGHTON
   UNITED STATES DISTRICT JUDGE

8  
9  Presented by:

10  
11  s/Kent Liu
    KENT Y. LIU
12  Special Assistant United States Attorney

13  
14  s/ Roger Hunko (per telephonic auth.)
    ROGER HUNKO
15  Attorney for Defendant

ORDER CONTINUING TRIAL
U.S. v. HOLMAN/CR05-5249RBL - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800